21-cv-1696 DSD/BRT

RECEIVED BY MAIL
JUL 23 2021
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brenda Ann Smith
Plaintiff(s),

vs.

Yandy STOP

Defendant(s).

Case No. 27-CV18-20390
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES ☒  NO ___

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: Brenda Ann Smith
   Street Address: PO Box 17370  Lot#4312
   County, City: Ramsey
   State & Zip Code: Saint Paul MN 55117-0370
   Telephone Number: 651-273-4316

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

SCANNED
JUL 23 2021
U.S. DISTRICT COURT MPLS

a. Defendant No. 1

Name: Handy Stop

Street Address: 8661 Eagle Point Boulevard

County, City: Washington

State & Zip Code: Lake Elmo, Mn 55042

b. Defendant No. 2

Name: Stuart Johnson

Street Address: 8661 Eagle Point Blvd

County, City: Lake Elmo

State & Zip Code: MN 55042

c. Defendant No. 3

Name:

Street Address:

County, City:

State & Zip Code:

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

2

the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal Question          ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. **Racism, Prejudice, hippa,**

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name: **Brenda Ann Smith** State of Citizenship: **United State**

    Defendant No. 1: **Handy Stop** State of Citizenship: **United State**

    Defendant No. 2: **Stuart T. Johnson** State of Citizenship: **United State**

    Attach additional sheets of paper as necessary and label this information as paragraph 5.
    **Check here if additional sheets of paper are attached.**

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☒ Defendant(s) reside in Minnesota    ☐ Facts alleged below primarily occurred in Minnesota

    ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. **The reason for this claim is due**

to the facts that Attorney Stuart Johnson have not only did fraudulent activities and I will explain on September 21-2018 I slip n fell at a gas station/convenience store over a chipped up ledge that the store fell to fix we went to conciliation court and I won but the Judge told me to ask that we go to district court so that I may get more money for my injures that I endured at Handy Stop every since this case I have been discriminated by Attorney Johnson and his Clients when I fell in the store the three employees that was there told everyone in the store when I fell and broke my ankle In there store they said (the employees told every one to do not call the police or the ambulance for her let her call her family to come pick her up and take

Page 2) continue pg 1.

her to the hospital. I was with at the time my grandbaby who at that time was 16 years old who was so afraid because no one was helping me so she called her mom my oldest daughter who was in Vegas at the time celebrating her husband birthday while I was lying on the floor screaming and begging for someone to please help me that my daughter Ta'keila Smith was on facetime screaming at the employee's to help the mom and for them to call the police and the ambulance and they refused that you hear me in the video giving my granddaughter Keasha Daniels my ex boyfriend number so that she can help me. At that time my granddaughter had call an Uber for my ex boyfriend to come get in my truck and drive me to the hospital now I have been lying on this floor with everyone in the store following orders from the employees of not calling the police or ambulance I was in so much pain that I had a bowel movement on myself I was on the floor for about 45 minutes

Now a african american man came in and said what is going on why do you all have this lady someones mother, grandmother, cousin, and aunt lying on this floor screaming in so much pain he asked me for my car keys I and my grand daughter pointed to my truck he pulled my truck up to the door and picked me up now my ex boy friend was there in the Uber so the Gentlement put me in the passenger side while my ex took me to the hospital the employees were Arabic or some different type of nationailty but they treated me worster than anything I ever seen in my life. I know I might be all over the place but I am doing my best this case have been going on for almost 3 year Attorney Johnson and Judge Sullivan have been taking advantage of the fact that I suffer from mental health when I first start rep myself Attorney Johnson and Judge Susan Burk told me that I could not do what Attorney Johnson can do meaning I could not do any depostions on Attorney Johnson clients then I did not understand why

I could not because I was representing myself after that I contacted The Lawyer Responsibility Board and also The Judical Board and they both told me that was not true if I am representing myself I have the same rights as Attorney ~~Johnson~~ Johnson then it was a conflict of interest with Judge Susan Bork and myself so she step down then I had Judge Mary Vasley then she retired so she stepped down now I had hired this Attorney by the name of Will Walker and I found out that he was working against me by working with Attorney Johnson by drawing up fraudulent emails from my medical essistance MA and UCare they both submitted these fraudulent emails to Judge Bridget Sullivan, I contacted and also have an audio from my medical assistance stating that I do not have no ~~lien~~ on my name because Attorney Johnson and Walker was claiming I had a lien on my name which was a lie medical assistance and Ucare pacifically told me that the do not send emails because of privacy they told me they never emailed Attorney Walker or Attorney Johnson everything comes through the mail so I tried everything in my power to contact Judge Sullivan

Page 2nd contiun

Page 3

and wrote her and her clerk Kirk Knerson to tell them that both attorney's violated Minnesota rules 3.4 and 8.4 Judge Sullivan ignorned me she canceled my zoom that I had made with her then I had try on numerous occassion to speak with this Judge and she refused to hear me out so I asked her to step down off my case because she have been treating like she don't like blacks so when we recently had a zoom for me to ask her to step down off my case in June or I believe the end of may. Well I never recieved a letter from Judge Bridget Sullivan stating if she did or did not step down from my case until July 16, 2021 when I recieved this letter from Attorney Johnson asking for a Renewed motions for Summary Judgement and That was very confusing for me because how can this Attorney Johnson get any type of letter when I never recieve my letter if she stepped down now I calls and email the Judge clerk Kirk he emails me on July 19, 2021 Stating he forgot to mail me the letter for the court date for November

4 continue page 4

but yet I still have not received any thing saying if this Judge Sullivan stepped down this is my case I brought Handy Stop to court how do this Attorney keep getting away with breaking Minnesota rules I can explan better on the phone I have over 100 emails pretaining to this case I need your help I am being discrimated by the color of my skin and my mentel health please help me all I want is Justice I don't like being Judge because I am black.

4 con.
5 page

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I want the court to stop racism Systemic racism to handle my case to get me the justice I deserve my medical bills is over 130,000 I had 2000 major surgies on my ankle I am asking for 500,000

Date: July 21, 2021

Signature of Plaintiff

Mailing Address   PO Box 17370
                  PO Box #4312
                  St. Paul mn 55117-0370

Telephone Number  651-273-4316

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

I live now in Coon Rapids mn I use to live in Souteast mn and north of mpls. I am with the program call Safe at Home because I was raped and the state is helping keeping my address safe Attorney Johnson is on my safe at home list because of how he have been discriminating and searching and voliating hippa since this case started my orginal address is In Coon Rapids